UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRAVIS JEROME GAUFF, | ) | Case No. 2:21-cv-01914-SVW-JC |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| R.J. FISHER, JR., Warden, | ) | |
| Respondent | ) | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

IT IS SO ADJUDGED.


DATED:   July 27, 2021


_____

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE